| | |
|---|---|
| 1 | MARK I. WRAIGHT (State Bar No. 228303) |
| | CASEY J. MCTIGUE (State Bar No. 266361) |
| 2 | SEVERSON & WERSON |
| | A Professional Corporation |
| 3 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA  94111 |
| 4 | Telephone: (415) 398-3344 |
| | Facsimile: (415) 956-0439 |
| 5 | |
| 6 | Attorneys for Defendant |
| | BANK OF AMERICA, N.A. (incorrectly |
| 7 | sued herein as Bank of America Corporation) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FREIRIA, | Case No.: C 11-01808 JF |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR BANK OF AMERICA, N.A. (SUED AS BANK OF AMERICA CORPORATION) |
| vs. | |
| EBAY, INC., et al., | |
| Defendants. | |

On April 25, 2011, Casey J. McTigue, of the law firm of Severson & Werson, A Professional Corporation, filed a notice of appearance on behalf of defendant Bank of America, N.A. ("BofA"). Prior to the transfer of this case from the District of Puerto Rico, Marc Parrino and J. Randolph Liebler of Liebler Gonzalez & Portuondo, P.A. as well as Ramon Rivera from Jimenez, Graffam & Lausell, were counsel of record. In light of Severson's appearance as California counsel, BofA hereby requests that prior counsel be allowed to withdraw.

BofA, Marc Parrino of Liebler Gonzalez & Portuondo, Ramon Rivera of Jimenez, Graffam & Lausell, and Casey McTigue of Severson & Werson all stipulate to this proposed withdrawal and substitution.

IT IS SO STIPULATED.

DATED: May 2, 2011          SEVERSON & WERSON
                            A Professional Corporation


                            By: ___/s/ Casey J. McTigue___
                                    Casey J. McTigue

                            Attorneys for Defendant
                            BANK OF AMERICA, N.A. (incorrectly sued
                            herein as Bank of America Corporation)

DATED: May 2, 2011          BANK OF AMERICA, N.A.


                            By: ___Pushpa Khilnani___

                            Its: Vice President

DATED: May 2, 2011          LIEBLER, GONZALEZ & PORTUONDO,
                            P.A.


                            By: ___/s/ J. Randolph Liebler___
                                    J. Randolph Liebler

DATED: May 2, 2011          JIMENEZ, GRAFFAM & LAUSELL


                            By: ___/s/ J. Ramon Rivera___
                                    J. Ramon Rivera

1 | [PROPOSED] ORDER

2 | The requirements of Civil Local Rule 11-5(a) satisfied, Bank of America, N.A.'s stipulated request for counsel to be relieved is GRANTED. The law firms of Liebeler, Gonzalez & Portuondo and Jimenez, Graffam & Lausell have withdrawn as counsel. Severson & Werson will remain counsel as indicated in the notice of appearance filed April 25, 2011.

IT IS SO ORDERED.

Dated: 5/9/11, 2011

_____
United States District Judge

- 3 -

70001/0023/913619.1

STIPULATION FOR WITHDRAWAL, SUBSTITUTION OF COUNSEL & [PROPOSED] ORDER
Case No.: C 11-01808 JF