UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREIRIA,<br>      Plaintiff,<br>V.<br>EBAY, INC.,<br>      Defendants. | Case No. CV-11-1808-JF<br><br>ORDER TO SHOW CAUSE RE:<br>DISMISSAL |

The above named matter came regularly for a case management conference hearing before the Honorable Jeremy Fogel in Courtroom 3, on July 8, 2011 at 10:30 a.m. No appearance was made by Plaintiff. The Court hereby issues this ORDER TO SHOW CAUSE, to be heard on August 19, 2011 at 10:30 a.m., as to why this action should not be dismissed for failure to prosecute. If Plaintiff does not file a response to the ORDER TO SHOW CAUSE by August 9, 2011, demonstrating why the case should not be dismissed, the Court will dismiss the action without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date: July 28, 2011

_____
JEREMY FOGEL
United States District Judge