MARK I. WRAIGHT (State Bar No. 228303)
CASEY J. MCTIGUE (State Bar No. 266361)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
Bank of America, N.A. (incorrectly sued herein as Bank of America Corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FREIRIA,<br><br>            Plaintiffs,<br><br>     vs.<br><br>EBAY INC., et al.,<br><br>            Defendants. | Case No.:  C 11-01808 JF<br><br>**DEFENDANTS' JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE RULE 26 DISCLOSURE DEADLINE** |

**DEFENDANTS' JOINT REQUEST TO CONTINUE RULE 26 DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), initial disclosures are generally due within 14 days of the parties Rule 26(f) conference unless otherwise continued by stipulation or court order.

In light of plaintiff's counsel's pending motion to withdraw, the Court's intent to issue an order to show cause why this case should not be dismissed for lack of prosecution, the parties' desire to have disclosures by all parties occur simultaneously, the motion to dismiss set to be heard August 19, 2011, and the parties' desire to postpone making initial disclosures pending resolution of the pleadings in order to conserve client resources, defendants Bank of America, N.A. and eBay Inc., hereby JOINTLY REQUEST that the Court extend the time to provide initial Rule 26 disclosures and statements until **October 1, 2011**.

Dated: July 21, 2011         HOLLAND & KNIGHT, LLP

                             */s/ Tianjing Zhang*
                             Tianjing Zhang
                             Attorneys for Defendant
                             EBAY INC.

Dated: July 21, 2011         SEVERSON & WERSON
                             A Professional Corporation

                             */s/ Casey J. McTigue*
                             Casey J. McTigue
                             Attorneys for Defendants
                             BANK OF AMERICA, N.A. (incorrectly sued
                             herein as Bank of America Corporation

1 **[PROPOSED] ORDER**

2  Defendants' request is **GRANTED**.  Rule 26(a) disclosures are now to be filed by all

3 parties on or before October 1, 2011.

4  **IT IS SO ORDERED.**

5 Dated: __7/28/11_____

6 _____
   United States District Judge

- 3 -