\*\*E-Filed 8/16/2011\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO FREIRIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>eBAY, INC., et al.<br><br>　　　　　Defendants. | Case Number 5:11-cv-01808 JF (PSG)<br><br>ORDER[1] GRANTING MOTION TO WITHDRAW |

Plaintiff's counsel, Carla Arraiza González, requests permission to withdraw as attorney of record. She is a resident of Puerto Rico, and asserts that she is not admitted to practice in this District. Motion to Withdraw, filed June 13, 2011. The motion is unopposed and appears well-taken. Accordingly, the motion is GRANTED.

**IT IS SO ORDERED.**

DATED: August 16, 2011

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:11-cv-01808 JF (PSG)
ORDER GRANTING MOTION TO WITHDRAW
(JFLC1)

1
2
3
4
5

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FRANCISCO FREIRIA,<br><br>    Plaintiff,<br><br>    v.<br><br>eBAY, INC., et al.<br><br>    Defendants. | Case Number 5:11-cv-1808-JF (PSG)<br><br>CERTIFICATE OF SERVICE |

    I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

    On August 16, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:


Francisco Freiria
PMB 771
P.O. Box 7891
Guaynabo, Puerto Rico 00970-7891


DATED: August 16, 2011               For the Court
                                     Richard W. Weiking, Clerk

                                     By:        /s/
                                     Diana Munz
                                     Courtroom Deputy Clerk